1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0878 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| IRVIN ERICK SANCHEZ, | ) ) | |
| Defendant. | ) ) | |

The parties appeared before the Court on February 1, 2011. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 1, 2011 to March 8, 2011 for effective preparation of defense counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. IRVIN ERICK SANCHEZ, CR 10-0878 WHA                                                                                           1

the period from February 1, 2011 to March 8, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 1, 2011 to March 8, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: February 4, 2011

/s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: February 4, 2011

/s/
Steven Kalar
Assistant Federal Public Defender

SO ORDERED.

DATED: February 7, 2011.

THE HON. WILLIAM H. ALSUP
United States District Court

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. IRVIN ERICK SANCHEZ, CR 10-0878 WHA

2