IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0878 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | HEARING |
| | ) | |
| IRVIN ERICK SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing, presently set for July 26, 2011 be continued to September 6, 2011 at 2:00 p.m..

On May 3, 2011, defendant Irvin Erick Sanchez pleaded guilty to one count of illegal reentry of removed alien in violation of 8 U.S.C. § 1326. At the time the matter was originally set for a sentencing hearing, Special Assistant United States (SAUSA) Patricia Spaletta, reasonably believed her detail would end on June 30, 2011 and the case would be transferred to another attorney in the office. SAUSA Patricia Spaletta was recently notified by her agency and

1  the United States Attorney's Office that her detail will be extended.  However, while having the

2  expectation that her detail would end on June 30, 2011,  SAUSA Patricia Spaletta made plans to

3  travel outside the country so she will be unavailable from July 1, 2011 until on or around July

4  25, 2011.   Consequently, SAUSA Patricia Spaletta will not have a reasonable opportunity to

5  prepare a sentencing memorandum in this case prior to the hearing on July 26, 2011.  Defense

6  counsel is unavailable for three weeks in August.  The parties are therefore requesting that the

7  matter be continued until September 6, 2011.          U.S. Probation Officer Anne Searles has

8  been contacted and she has advised SAUSA Patricia Spaletta that she has no objection to the

9  proposed continuance and is available on September 6, 2011.  Accordingly, the parties jointly

10  request that this Court continue the sentencing hearing to September 6,  2011 at 2:00 p.m.

11       IT IS SO STIPULATED.

13  DATED: June 29, 2011        /s/
                                PATRICIA SPALETTA
                                Special Assistant United States Attorney

16  DATED: June 29, 2011        /s/
                                STEVEN KALAR
                                Assistant Federal Public Defender

18       IT IS SO ORDERED.

20   June 30, 2011.
     DATED                      WILLIAM H. ALSUP
                                United States District Judge

*US v. IRVIN ERICK SANCHEZ*, CR 10-0878
STIP & [PROPOSED] ORD. TO CONT. SENT        2