1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                    )
                                                )   No.  CR 10-00878 WHA
10                              Plaintiff,       )
                                                )   [PROPOSED] STIPULATED ORDER
11          v.                                   )   CONTINUING SENTENCING
                                                )   HEARING
12  IRVIN ERICK SANCHEZ,                         )
                                                )
13                              Defendant.       )   **Current Hearing Date:** Thursday,
                                                )   September 8, 2011 at 2:00 p.m.
14  ─────────────────────────────────────────
                                                    **Proposed Hearing Date**: Monday,
15                                                  September 12, 2011 at  9:30  a.m.

16

17          The defendant Irvin Erick Sanchez was scheduled for sentencing on Tuesday, September 6,

18  2011 at 2:00 before this Court. On Thursday, September 1, 2011, the Court moved the defendant's

19  sentencing hearing from September 6 to September 8, 2011 at 2:00 p.m. The parties were not

20  informed that the hearing was to be continued, or that it was to be continued to the 8th.

21          Undersigned counsel is unavailable on Thursday, September 8, 2001 due to a prescheduled

22  meeting with the Ninth Circuit Court of Appeals in Pasadena on that date. This meeting cannot be

23  rescheduled.

24          The defense accordingly requests that the matter be put over for sentencing before this Court

25  on Monday, September 12, 2011 at  9:30  a.m.  Government counsel is available on that date, and

26  has no objection to the requested continuance.

*Sanchez*, 10-00878 WHA
ORD. CONT. SENT.

1         Therefore, for good cause shown the hearing in the above-entitled case now scheduled for

2    Thursday September 8 is vacated. The matter shall be put over to Monday, September 12, 2011 at

3    9:30   a.m. for the imposition of sentence.

4

5    IT IS SO ORDERED.

6     September 8, 2011

7    DATED                                      WILLIAM H. ALSUP
                                               United States District Court Judge

8

9    IT IS SO STIPULATED.

10

11   September 5, 2011                              /s
     DATED                                      MELINDA HAAG
                                               United States Attorney
12                                             Northern District of California
                                               PATRICIA SPALETTA
13                                             Assistant United States Attorney

14

15   September 5, 2011                              /s
     DATED                                      BARRY J. PORTMAN
16                                             Federal Public Defender
                                               Northern District of California
17                                             STEVEN G. KALAR
                                               Assistant Federal Public Defender

18

19

20

21

22

23

24

25

26

*Sanchez*, 10-00878 WHA
ORD. CONT. SENT.                    2